FILED '09 SEP 24 13:18 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRUCE A. MATHIS, )
)
        Petitioner, )
) Civil No. 07-1786-TC
  v. )
) ORDER
BRIAN BELLEQUE, )
)
        Respondent. )
)

    Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on June 8, 2009. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Grounds One, Three, and Four of petitioner's petition (#3) for habeas corpus relief are dismissed.

DATED this \_\_\_\_24th\_\_\_\_ day of September, 2009.

_____
Michael R. Hogan
United States District Judge

2    - ORDER