FILED '09 DEC 02 08:37 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRUCE A. MATHIS,                )
                                )
        Petitioner,              )
                                )   Civil No. 07-1786-TC
                                )
   v.                           )
                                )   ORDER
BRIAN BELLEQUE,                 )
                                )
        Respondent.              )

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on October 13, 2009, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

1    - ORDER

Petitioner has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed October 13, 2009, in its entirety. Ground two of petitioner's petition (#3) for habeas corpus relief is dismissed. This action is dismissed.

IT IS SO ORDERED.

DATED this \_\_\_1st\_\_\_ day of \_\_Dec_____, 2009.

_____
Michael R. Hogan
UNITED STATES DISTRICT JUDGE